**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| ELIM ROMANIAN PENTECOSTAL CHURCH, ) <br> and LOGOS BAPTIST MINISTRIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAY ROBERT PRITZKER, in his official capacity ) <br> as Governor of the State of Illinois, ) <br> ) <br> Defendant. ) | Case No. 1:20-cv-02782 |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3, Plaintiffs Elim Romanian Pentecostal Church and Logos Baptist Ministries, by and through the undersigned counsel, hereby notice their appeal to the United States Court of Appeals for the Seventh Circuit from this Court's Order (dkt. 33) denying Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

| | |
|---|---|
| John W. Mauck <br>     Ill. Bar No. 179732 <br> Sorin A. Leahu <br>     Ill. Bar No. 6315515 <br> Mauck & Baker, LLC <br> 1 N. LaSalle Street, Suite 600 <br> Chicago, IL 60602 <br> 312-726-1243 <br> Jmauck@mauckbaker.com <br> Sleahu@mauckbaker.com | /s/ Daniel J. Schmid <br> Mathew D. Staver* <br> Horatio G. Mihet* <br> Roger K. Gannam* <br> Daniel J. Schmid* <br> LIBERTY COUNSEL <br> P.O. Box 540774 <br> Orlando, FL 32854 <br> Phone: (407) 875-1776 <br> Facsimile: (407) 875-0770 <br> Email: court@lc.org <br> hmihet@lc.org <br> rgannam@lc.org <br> dschmid@lc.org <br> <br> *Pro hac vice applications pending <br> <br> *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2020, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

/s/ Daniel J Schmid
Daniel J. Schmid
