# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 16, 2020

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:

FRANK H. EASTERBROOK, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

| No. 20-1811 | ELIM ROMANIAN PENTECOSTAL CHURCH, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>JAY R. PRITZKER, in his official capacity as Governor of the State of Illinois,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02782<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)