# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604



CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

July 27, 2020

Before

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 20-1811<br><br>ELIM ROMANIAN PENTECOSTAL CHURCH and LOGOS BAPTIST MINISTRIES,<br>    *Plaintiffs-Appellants*,<br><br>        *v.*<br><br>JAY ROBERT PRITZKER, Governor of Illinois,<br>    *Defendant-Appellee*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 20 C 2782<br>Robert W. Gettleman, *Judge*. |

**Order**

    Plaintiffs-Appellants filed a petition for rehearing and rehearing en banc on July 10, 2020. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.